JOHN MacKINNON, PLAINTIFF-PETITIONER, v. MARTIN J. FERBER, DIRECTOR, DIVISION OF MOTOR VEHICLES, DEPARTMENT OF LAW AND PUBLIC SAFETY, DEFENDANT-RESPONDENT.

See same case below: 16 *N. J. Super.* 390.

*Mr. Jacob R. Mantel* for the petitioner.

*Mr. Theodore D. Parsons* and *Mr. John J. Kitchen* for the respondent.

February 18, 1952.   Denied.